UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-10377-GAO

JASON CLEMENTS,
Petitioner,

v.

HOWARD W. CLARKE,
Respondent.

ORDER
March 31, 2010

O'TOOLE, D.J.

In accordance with the mandate of the United States Court of Appeals for the First
Circuit, the petition for a writ of habeas corpus is DENIED and this Petitioner's conviction is
reinstated.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge